UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. No. 0:20-cv-62182-SINGHAL/Valle

ANDRES GOMEZ,

    Plaintiff,

vs.

BARBEQUE INTEGRATED, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, BARBEQUE INTEGRATED, INC., on behalf of all parties, hereby advises the Court that the parties have reached a settlement of the above-styled claim. The parties are in the process of preparing a formal settlement agreement and will file a Joint Stipulation of Dismissal *with Prejudice* shortly.

Dated: November 18, 2020.

Respectfully submitted,

By: */s/ Arlene K. Kline*
    Arlene K. Kline, Esq.
    Florida Bar No. 104957
    E-mail: arlene.kline@akerman.com
    **AKERMAN LLP**
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, FL 33401-6183
    Telephone: (561) 653-5000
    Facsimile: (561) 659-6313

    *Attorneys for Defendant, Barbeque Integrated, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Arlene K. Kline
Arlene K. Kline
Florida Bar No. 104957

## SERVICE LIST

*Andres Gomez v. Barbeque Integrated, Inc.*
*Case No.: 0:20-cv-62182-SINGHAL/Valle*

**United States District Court, Southern District of Florida**

**The Leal Law Firm, P.A.**
Alberto R. Leal
8927 Hypoluxo Rd. #157
Lake Worth, FL  33467
T. 561-237-2741
F: 561-237-2741
Email: al@thelealfirm.com
*Counsel for Plaintiff, Andres Gomez*

*Via CM/ECF*

55434538;1